# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HABITAT II CONDOMINIUM, INC.,**
Appellant,

v.

**PATRICK PIERRE** and **JEANNE PIERRE,**
Appellees.

No. 4D22-1633

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE18-10683(08).

Charles F. Otto and Scott R. Shapiro of Straley | Otto, Fort Lauderdale, for appellant.

David J. Glantz of Broward Lawyers Care, Pro Bono Project of Legal Aid Service of Broward County, Weston, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***